IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                     :
                                           :    Case No. 11-32650
    CIONE, KENNETH L.         :    Chapter 7
    CIONE, LAURIE A.          :    Judge Lawrence S. Walter
                                           :
        Debtors.

## NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtor certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website:    http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                     7925 Graceland Street
                                                                       Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**10/25/2011**                                        */s/ John Paul Rieser*

Date of Issuance                                      John Paul Rieser, Esq.

## NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtors in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtors.

The property at issue is a 2005 Ford Mustang GT ("Vehicle") scheduled by the Debtors at a value of $14,400.00. The Trustee determined the value of the Vehicle to be slightly higher, in the approximate amount of $14,987.50, based on the average of the NADA clean trade in value ($13,500.00) and the NADA clean retail value ($16,475.00). From this value, the Trustee deducted Debtors' exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,600.00 and the lien payoff in the amount of $5,262.00. The Trustee agreed to accept a payment of $4,500.00 from the Debtors. This agreed-upon payment is slightly less than the vehicle's value by approximately $625.50 [1]. The Trustee believes that disposing of the Vehicle by permitting the Debtors to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This price adjustment is an estimate based on the Trustee's experience in selling vehicles at auctions in the current market environment. NADA and Kelley Blue Book values for any given vehicle can differ considerably, and the vehicle's condition is also a factor in its value. The price adjustment includes approximate administrative costs which the Trustee would incur if he sold the vehicle at auction, including without limitation the auction company's fees which can range from approximately $100.00 to $250.00.

Respectfully yours,

*/s/ John Paul Rieser*
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT** was served this 25th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

    Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

    Jeremy Shane Flannery Jeremy.S.Flannery@usdoj.gov

    Stephen M Meiser shm@legalhelpers.com, courtnotice@legalhelpers.com

    Steven Henry Patterson sohbk@lsrlaw.com

    John A Schuh jaschuhohecf@nuvox.net


*/s/ John Paul Rieser*
_____
John Paul Rieser [lrs/798]

| Label Matrix for local noticing<br>0648-3<br>Case 3:11-bk-32650<br>Southern District of Ohio<br>Dayton<br>Fri Oct 21 16:03:25 EDT 2011 | Ford Motor Credit Company, LLC<br>PO Box 6275<br>Dearborn, MI 48121-6275 | JPMorgan Chase Bank, NA<br>201 N Central Ave 11th Fl<br>Phoenix, AZ 85004-1071 |
|---|---|---|
| United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | ACB American, Inc.<br>P.O. Box 2548<br>Cincinnati, OH 45201-2500 | Accelerated Creditors Services, Inc<br>10079 Springfield Pike<br>PO Box 40304<br>Cincinnati, OH 45240-0304 |
| Aes/nct<br>P.O.Box 2461<br>Harrisburg, PA 17105-2461 | Allianceone Inc<br>5861 Cheviot Road<br>Cincinnati, OH 45247-6202 | Americas Servicing Co<br>Attention: Bankruptcy<br>P.O. Box 10328<br>Des Moines, IA 50306-0328 |
| Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 248839<br>Oklahoma City OK 731248839 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase - Cc<br>Attention: Bankruptcy Department<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Auto<br>Attn: Bankruptcy Research Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Manhattan<br>Attn: Bankruptcy Research Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Credit Solutions, LLC<br>P. O. Box 24710<br>Lexington, KY 40524-4710 | Exxmblciti<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Ffcc-columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220-3626 |
| First Federal Credit Control<br>P.O. Box 20790<br>Columbus, OH 43220-0790 | First Financial Bank<br>225 Pictoria Dr Suite 700<br>Cincinnati OH 45246-1620 | First Financial Bank<br>3rd & High Sts<br>Hamilton, OH 45011 |
| First Financial Bank<br>fka First Nat'l Bak of SW Ohio<br>300 High Street<br>Hamilton, OH 45011-6078 | First National Collection Bureau<br>610 Waltman Way<br>Sparks, NV 89434 | (p)FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 |
| Ford Motor Credit Corporation<br>Ford Credit<br>Po Box 6275<br>Deerborn, MI 48121-6275 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| Hillcrest Hospital<br>P.O. Box 74397<br>Cleveland, OH 44194-0497 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | NCO Financial Systems<br>P O Box 15889<br>Wilmington, DE 19850-5889 |
| PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Pentagroup Financial<br>5959 Corporate Dr Ste 14<br>Houston, TX 77036-2302 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Richard Skurow MD<br>P.O. Box 8917<br>Belfast, ME 04915-8917 | Senex Services Corp<br>Attn: Bankruptcy<br>Po Box 90199<br>Indianapolis, IN 46290-0199 | Shell Oil / Citibank<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Sirius Satellite Radio<br>c/o EOS CCA<br>P.O. Box 567<br>Norwell, MA 02061-0567 | Speedway/ssa<br>539 S Main Room 36<br>Findlay, OH 45840-3229 | State of Ohio<br>Department of Taxation<br>101 East Town Street<br>Columbus, OH 43215-5187 |
| Sunoco/citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Tristate Orthopedic Center<br>10547 Montgomery Rd.<br>Suite 400<br>Cincinnati, OH 45242-4418 | University Primary 'Care Practices<br>24701 Euclid Avenue<br>Euclid, OH 44117-1714 |
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Vengroff, Williams & Associates, Inc.<br>PO Box 4155<br>Sarasota, FL 34230-4155 | Verizon<br>Attn: Bankruptcy<br>Po Box 3397<br>Bloomington, IL 61702-3397 |
| Wells Fargo Bank Minnesota, NA, Trustee<br>c/o Lerner, Ampson & Rothfuss<br>120 East 4th Street, 8th Floor<br>Cincinnati, OH 45202-4099 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 | Kenneth L. Cione<br>1039 Overbrook Dr.<br>Maineville, OH 45039-9668 |
| Laurie A Cione<br>1039 Overbrook Dr.<br>Maineville, OH 45039-9668 | Stephen M Meiser<br>Macey & Aleman<br>4050 Executive Park Drive, Suite 450<br>Cincinnati, OH 45241-2094 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One, N.a.<br>Bankruptcy Dept<br>Po Box 5155<br>Norcross, GA 30091 | Focus Receivables<br>1130 Northchase Parkway<br>Suite 150<br>Marietta, GA 30067 | Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541 |

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Wells Fargo Bank, NA                        (u)First Financial Bancor                      (u)Kristen Cione




End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55