## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: CIONE, KENNETH L. | § | Case No. 11-32650 |
| CIONE, LAURIE A | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

John Paul Rieser, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $144,390.06
*(without deducting any secured claims)*

Assets Exempt: $65,866.06

Total Distribution to Claimants: $2,915.95

Claims Discharged
Without Payment: $79,582.77

Total Expenses of Administration: $1,584.13

3)  Total gross receipts of $      4,500.08      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00      (see **Exhibit 2** ), yielded net receipts of  $4,500.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,494.00 | $6,820.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,584.13 | 1,584.13 | 1,584.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,759.82 | 27,383.90 | 27,383.90 | 2,915.95 |
| **TOTAL DISBURSEMENTS** | $226,253.82 | $35,788.44 | $28,968.03 | $4,500.08 |

4)  This case was originally filed under Chapter 7 on May 13, 2011. The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/19/2012                By:  /s/John Paul Rieser                
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Ford Mustang GT Convertable | 1129-000 | 4,500.00 |
| Interest Income | 1270-000 | 0.08 |
| **TOTAL GROSS RECEIPTS** | | $4,500.08 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Corporation | 4210-000 | N/A | 6,820.41 | 0.00 | 0.00 |
| NOTFILED | Americas Servicing Co | 4110-000 | 108,970.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 4110-000 | 5,262.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 5,262.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $119,494.00 | $6,820.41 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN PAUL RIESER | 2100-000 | N/A | 1,125.02 | 1,125.02 | 1,125.02 |
| JOHN PAUL RIESER | 2200-000 | N/A | 182.64 | 182.64 | 182.64 |
| MRSC Insurance Partners, LLC | 2300-000 | N/A | 1.47 | 1.47 | 1.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,584.13 | $1,584.13 | $1,584.13 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Ford Motor Credit Company LLC | 7100-000 | 17,750.00 | 2,473.29 | 2,473.29 | 263.36 |
| 3 -2 | Ford Motor Credit Company LLC | 7100-000 | 14,534.00 | 5,574.44 | 5,574.44 | 593.59 |
| 4 | First Financial Bank | 7100-000 | 6,181.00 | 6,335.60 | 6,335.60 | 674.64 |
| 5 | First Financial Bank | 7100-000 | 1,000.00 | 1,000.00 | 1,000.00 | 106.48 |
| 6 | U.S. Bankruptcy Court – Tristate Orthopedic Center | 7100-001 | 25.00 | 31.25 | 31.25 | 3.33 |
| 7 | Capital One Bank USA NA | 7100-000 | 1,971.00 | 1,971.18 | 1,971.18 | 209.90 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 1,242.00 | 1,242.71 | 1,242.71 | 132.33 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 680.00 | 680.08 | 680.08 | 72.42 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | 3,785.00 | 3,378.34 | 3,378.34 | 359.74 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 676.00 | 676.72 | 676.72 | 72.06 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 672.00 | 672.86 | 672.86 | 71.65 |
| 13 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,049.00 | 1,049.33 | 1,049.33 | 111.74 |
| 14 | VERIZON WIRELESS | 7100-000 | 1,718.00 | 1,935.25 | 1,935.25 | 206.07 |
| 15 | GE Money Bank | 7100-000 | 362.00 | 362.85 | 362.85 | 38.64 |
| NOTFILED | First Financial Bank fka First Nat'l Bak of SW Ohio | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Financial Bank fka First Nat'l Bak of SW Ohio | 7100-000 | 36.88 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-columbus Inc | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | First Federal Credit Control | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Collection Bureau | 7100-000 | 1,408.00 | N/A | N/A | 0.00 |
| NOTFILED | Hillcrest Hospital | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Focus Receivables | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | University Primary "Care Practices | 7100-000 | 366.00 | N/A | N/A | 0.00 |
| NOTFILED | Speedway/ssa | 7100-000 | 693.00 | N/A | N/A | 0.00 |
| NOTFILED | Vengroff, Williams & Associates, Inc. | 7100-000 | 282.00 | N/A | N/A | 0.00 |
| NOTFILED | Sirius Satellite Radio c/o EOS CCA | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Minnesota, NA, Trustee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Senex Services Corp | 7100-000 | 58.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 725.00 | N/A | N/A | 0.00 |
| NOTFILED | Pentagroup Financial | 7100-000 | 553.00 | N/A | N/A | 0.00 |

| NOTFILED | Credit Solutions, LLC | 7100-000 | 600.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Richard Skurow MD | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | ACB American, Inc. | 7100-000 | 868.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn: Centraliz | 7100-000 | 2,869.00 | N/A | N/A | 0.00 |
| NOTFILED | Accelerated Creditors Services, Inc | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/nct | 7100-000 | 45,220.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Ohio Department of Taxation | 7100-000 | 781.94 | N/A | N/A | 0.00 |
| NOTFILED | Allianceone Inc | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $106,759.82 | $27,383.90 | $27,383.90 | $2,915.95 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-32650 | Trustee:        (550250)    John Paul Rieser |
| Case Name:    CIONE, KENNETH L. | Filed (f) or Converted to (c): 05/13/11 (f) |
|                      CIONE, LAURIE A | §341(a) Meeting Date:    07/06/11 |
| Period Ending: 12/18/12 | Claims Bar Date:    10/06/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1039 Overbrook, drive by appraisal is 150,000. | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 33.00 | 0.00 | DA | 0.00 | FA |
| 3 | Sharfax credit Union Savings | 100.04 | 0.00 | DA | 0.00 | FA |
| 4 | Sharefax Credit Union Checking Account | 994.94 | 0.00 | DA | 0.00 | FA |
| 5 | AA Credit Union | 50.43 | 0.00 | DA | 0.00 | FA |
| 6 | first financial bank, overdrawn | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | American Airlines 401K | 14,761.65 | 0.00 | DA | 0.00 | FA |
| 10 | Ford Retirement plan; no vested amount | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2008 Ford Escape | 14,610.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2010 Ford Ranger | 16,840.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2005 Ford Mustang GT Convertable | 14,400.00 | 4,500.00 | | 4,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.08 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $158,790.06 | $4,500.00 | | $4,500.08 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):        October 31, 2012        Current Projected Date Of Final Report (TFR):        August 16, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 11-32650 | | | **Trustee:** | John Paul Rieser (550250) | |
| **Case Name:** | CIONE, KENNETH L. | | | **Bank Name:** | The Bank of New York Mellon | |
| | CIONE, LAURIE A | | | **Account:** | 9200-******55-65 - Checking Account | |
| **Taxpayer ID #:** | **-***8827 | | | **Blanket Bond:** | $1,500,000.00  (per case limit) | |
| **Period Ending:** | 12/18/12 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/11 | {13} | Kenneth Cione (money order) | First payment for vehicle equity | 1129-000 | 1,500.00 | | 1,500.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 10/28/11 | {13} | Kenneth Cione (cashier's check) | Vehicle equity | 1129-000 | 1,000.00 | | 2,475.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,475.01 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,450.01 |
| 11/23/11 | {13} | Kenneth Cione (money order) | Vehicle equity payment | 1129-000 | 1,000.00 | | 3,450.01 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,450.03 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,425.03 |
| 12/28/11 | {13} | Kenneth Cione (money order) | Vehicle settlement | 1129-000 | 1,000.00 | | 4,425.03 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,425.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,400.05 |
| 01/06/12 | | To Account #9200******5566 | Transfer to pay bond premium | 9999-000 | | 1.47 | 4,398.58 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,398.61 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,373.61 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,348.61 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,323.61 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,298.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,273.61 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,248.61 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,223.61 |
| 10/10/12 | 1001 | JOHN PAUL RIESER | Dividend paid 100.00% on $1,125.02, Trustee Compensation;  Reference: | 2100-000 | | 1,125.02 | 3,098.59 |
| 10/10/12 | 1002 | JOHN PAUL RIESER | Dividend paid 100.00% on $182.64, Trustee Expenses;  Reference: | 2200-000 | | 182.64 | 2,915.95 |
| 10/10/12 | 1003 | Capital One Bank USA NA | Dividend paid  10.64% on $1,971.18; Claim# 7; Filed: $1,971.18; Reference: | 7100-000 | | 209.90 | 2,706.05 |
| 10/10/12 | 1004 | Portfolio Recovery Associates, LLC | Dividend paid  10.64% on $3,378.34; Claim# 10; Filed: $3,378.34; Reference: | 7100-000 | | 359.74 | 2,346.31 |
| 10/10/12 | 1005 | VERIZON WIRELESS | Dividend paid  10.64% on $1,935.25; Claim# 14; Filed: $1,935.25; Reference: | 7100-000 | | 206.07 | 2,140.24 |
| 10/10/12 | 1006 | GE Money Bank | Dividend paid  10.64% on $362.85; Claim# 15; Filed: $362.85; Reference: | 7100-000 | | 38.64 | 2,101.60 |
| 10/10/12 | 1007 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 3.33 | 2,098.27 |
| 10/10/12 | 1008 | Chase Bank USA, N.A. | Combined Check for Claims#8,9 | | | 204.75 | 1,893.52 |
| | | | Dividend paid 10.64%          132.33 on $1,242.71;  Claim# 8; Filed: $1,242.71 | 7100-000 | | | 1,893.52 |

| | | | Subtotals : | | $4,500.08 | $2,606.56 | |

{} Asset reference(s)

Printed: 12/18/2012 04:15 PM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-32650 | |
| **Case Name:** | CIONE, KENNETH L. | |
| | CIONE, LAURIE A | |
| **Taxpayer ID #:** | **-***8827 | |
| **Period Ending:** | 12/18/12 | |

| | |
|---|---|
| **Trustee:** | John Paul Rieser (550250) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******55-65 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 10.64%        72.42 on $680.08;  Claim# 9; Filed: $680.08 | 7100-000 | | | 1,893.52 |
| 10/10/12 | 1009 | First Financial Bank | Combined Check for Claims#4,5 | | | 781.12 | 1,112.40 |
| | | | Dividend paid 10.64%        674.64 on $6,335.60;  Claim# 4; Filed: $6,335.60 | 7100-000 | | | 1,112.40 |
| | | | Dividend paid 10.64%        106.48 on $1,000.00;  Claim# 5; Filed: $1,000.00 | 7100-000 | | | 1,112.40 |
| 10/10/12 | 1010 | Ford Motor Credit Company LLC | Combined Check for Claims#1 -2,3 -2 | | | 856.95 | 255.45 |
| | | | Dividend paid 10.64%        263.36 on $2,473.29;  Claim# 1 -2; Filed: $2,473.29 | 7100-000 | | | 255.45 |
| | | | Dividend paid 10.64%        593.59 on $5,574.44;  Claim# 3 -2; Filed: $5,574.44 | 7100-000 | | | 255.45 |
| 10/10/12 | 1011 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#11,12,13 | | | 255.45 | 0.00 |
| | | | Dividend paid 10.64%        72.06 on $676.72;  Claim# 11; Filed: $676.72 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.64%        71.65 on $672.86;  Claim# 12; Filed: $672.86 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.64%        111.74 on $1,049.33;  Claim# 13; Filed: $1,049.33 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,500.08 | 4,500.08 | **$0.00** |
| Less: Bank Transfers | 0.00 | 1.47 | |
| **Subtotal** | 4,500.08 | 4,498.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,500.08** | **$4,498.61** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-32650 |
| Case Name: | CIONE, KENNETH L. |
| | CIONE, LAURIE A |
| Taxpayer ID #: | **-***8827 |
| Period Ending: | 12/18/12 |

| | |
|---|---|
| Trustee: | John Paul Rieser (550250) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******55-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/12 | | From Account #9200******5565 | Transfer to pay bond premium | 9999-000 | 1.47 | | 1.47 |
| 01/10/12 | 101 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 01/06/2012 FOR CASE<br>#11-32650, Trustee's Bond Premium | 2300-000 | | 1.47 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1.47 | 1.47 | $0.00 |
| Less: Bank Transfers | 1.47 | 0.00 | |
| Subtotal | 0.00 | 1.47 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $1.47 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******55-65 | 4,500.08 | 4,498.61 | 0.00 |
| Checking # 9200-******55-66 | 0.00 | 1.47 | 0.00 |
| | $4,500.08 | $4,500.08 | $0.00 |